**LOKER LAW, APC**
Matthew M. Loker (279939)
matt.loker@loker.law
Telephone: (805) 994-0177
Andrei Armas (299703)
andrei.armas@loker.law
Telephone: (213) 587-6201
132 Bridge Street
Arroyo Grande, CA 93420

Attorneys for Plaintiff,
HEE KYUNG OUTZS

**JONES DAY**
E Jin Choi (State Bar No. 365742)
echoi@jonesday.com
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 553-7563
Facsimile: (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HEE KYUNG OUTZS,**<br><br>Plaintiff,<br><br>v.<br><br>**MERRICK BANK; CELTIC BANK CORPORATION; CONTINENTAL FINANCE COMPANY, LLC; ONEMAIN FINANCIAL GROUP, LLC; RESURGENT CAPITAL SERVICES L.P.; HAWAIIUSA FEDERAL CREDIT UNION; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND EQUIFAX INFORMATION SERVICES, LLC,**<br><br>Defendants. | **Case No.: 2:25-cv-09857-MWC (MARx)**<br><br>Assigned for all purposes to Honorable Michelle Williams Court<br><br>**JOINT STATUS REPORT REGARDING INITIATION OF ARBITRATION; REQUEST TO TAKE HEARING OFF CALENDAR OR, IN THE ALTERNATIVE, TO PERMIT REMOTE APPEARANCE**<br><br>Status Conf./OSC Date: June 5, 2026<br>Time: 1:30 p.m.<br>Courtroom: 6A |

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO. 2:25-CV-09857-MWC (MARX)                    *Outzs v. Merrick Bank, et al.*

Response Re: OSC

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Hee Kyung Outzs ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this Joint Status Report regarding the initiation of arbitration as ordered by the Court.

## I. BACKGROUND

On October 15, 2025, Plaintiff filed the above-captioned action. (Dkt. 1.)

On December 29, 2025, the Court ordered the case to ADR Procedure No. 2 and referred the matter to the Court Mediation Panel. (Dkt. 63.)

On January 16, 2026, the Parties filed a stipulation selecting the panel mediator. (Dkt. 68.)

On February 18, 2026, the Parties filed a Joint Stipulation to Submit Claims Against Experian to Binding Arbitration and Stay Case. (Dkt. 70.)

On February 20, 2026, the Court granted the Joint Stipulation, ordering Plaintiff's claims against Experian to binding arbitration and staying those claims. (Dkt. 71.)

On April 22, 2026, the Court issued an Order to Show Cause re Dismissal of Plaintiff's claims against Experian for failure to initiate arbitration. (Dkt. 77.)

On April 27, 2026, Plaintiff filed her Response to the Order to Show Cause. (Dkt. 78.)

At the subsequent Status Conference, the Court continued both the Status Conference and the Order to Show Cause re Dismissal to Friday, June 5, 2026, at 1:30 p.m. in Courtroom 6A, and ordered the Parties to file a joint report regarding the initiation of arbitration no later than Friday, May 29, 2026.

## II. STATUS OF ARBITRATION

On April 27, 2026, Plaintiff initiated arbitration against Experian by filing an Arbitration Demand, together with the Conformed Complaint, the Court's February

20, 2026 Order staying the action and compelling arbitration (Dkt. 71), and the operative Experian arbitration agreement, with the American Arbitration Association ("AAA"). A true and correct copy of the Arbitration Demand and supporting filing package is attached hereto as Exhibit 1.

AAA acknowledged receipt of Plaintiff's filing on April 27, 2026, at 4:03 p.m. Eastern Time and assigned AAA Case No. 012600029722. A true and correct copy of the AAA Document Receipt evidencing the filing is attached hereto as Exhibit 2.

On April 27, 2026, Plaintiff served a complete copy of the Arbitration Demand and supporting filing package on Experian's counsel of record, E Jin Choi of Jones Day, via electronic mail. A true and correct copy of the Proof of Service is attached hereto as Exhibit 3.

On May 28, 2026, AAA issued a Notice of Business Payment Request addressed to both Parties' counsel. In its Notice, AAA confirmed that it has determined the Consumer Arbitration Rules apply to this dispute, acknowledged receipt of Plaintiff's $225 consumer filing fee, and requested that Experian remit the $375 business filing fee. A true and correct copy of AAA's May 28, 2026 Notice of Business Payment Request is attached hereto as Exhibit 4.

Pursuant to AAA's Notice, the next step in the arbitration is for Experian to remit the business filing fee. Upon satisfaction of all filing requirements, AAA will proceed to assign an arbitrator and to notify the Parties of the applicable deadlines, including the deadline for Experian's answering statement. The Parties will promptly update the Court once an arbitrator is assigned.

Separately, and per Plaintiff's initial Response to the Order to Show Cause. (Dkt. 78.), the Parties continue to pursue global mediation of the entire action before the Court-appointed panel mediator. The mediation is currently scheduled for September 15, 2026.

**III.    REQUEST TO TAKE HEARING OFF CALENDAR OR, IN THE**

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

**ALTERNATIVE, TO PERMIT REMOTE APPEARANCE**

Because arbitration has been initiated, served, the consumer filing fee has been paid, and the matter is now pending Experian's remittance of the business filing fee and AAA's subsequent assignment of an arbitrator, the Parties respectfully request that the Court take the June 5, 2026 Status Conference and Order to Show Cause re Dismissal off calendar.

In the alternative, the Parties respectfully request that the Court permit counsel to appear remotely (by video or telephonic means) at the June 5, 2026 hearing.

The Parties propose to file a further joint status report within 120 days of the date of this filing.

Dated:  May 28, 2026             **LOKER LAW, APC**
                                 By: /s/ Andrei Armas
                                    Andrei Armas
                                    Attorneys for Plaintiff
                                    HEE KYUNG OUTZS

Dated:  May 28, 2026             **JONES DAY**
                                 By: /s/ E Jin Choi
                                    E Jin Choi
                                    Attorneys for Defendant
                                    EXPERIAN INFORMATION

**SIGNATURE CERTIFICATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Andrei Armas, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  May 28, 2026                     /s/ Andrei Armas, Esq._
                                         ANDREI ARMAS, ESQ.

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

## CERTIFICATE OF SERVICE

A copy of the foregoing **JOINT STATUS REPORT REGARDING INITIATION OF ARBITRATION; REQUEST TO TAKE HEARING OFF CALENDAR OR, IN THE ALTERNATIVE, TO PERMIT REMOTE APPEARANCE** has been filed on May 28, 2026, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

/s/ Andrei Armas, Esq._
ANDREI ARMAS, ESQ.

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO. CASE NO. 2:25-CV-09857-MWC (MARX)          *Outzs v. Merrick Bank, et al.*

**PROOF OF SERVICE**