**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

HEE KYUNG OUTZS,

Plaintiff(s)

v.

MERRICK BANK; et al.

Defendant(s)

CASE NUMBER

2:25-cv-09857-MWC-MAR

**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY (DKT. 82)**

☒ The Court hereby orders that the request of:

Experian Information Solutions, Inc.   ☐ Plaintiff ☒ Defendant ☐ Other _____
*Name of Party*

☒ to substitute   Cheryl O'Connor   who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

660 Newport Center Drive, Suite 450
*Street Address*

Newport Beach, CA   92660          CherylOConnor@goodwinlaw.com
*City, State, Zip*                 *E-Mail Address*

(949) 743-3400          (949) 743-3485          173897
*Telephone Number*        *Fax Number*          *State Bar Number*

as attorney of record instead of  Ejin Choi
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of   E. Jin Choi
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for   Experian Information Solutions, Inc.

**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  June 17, 2026

_____
U. S. District Judge