**LOKER LAW, APC**
Matthew M. Loker (279939)
matt.loker@loker.law
Telephone: (805) 994-0177
Andrei Armas (299703)
andrei.armas@loker.law
Telephone: (213) 587-6201
132 Bridge Street
Arroyo Grande, CA 93420

Attorneys for Plaintiff,
HEE KYUNG OUTZS

**GOODWIN PROCTER LLP**
Cheryl L. O'Connor
cheryloconnor@goodwinlaw.com
660 Newport Center Drive, Suite 450
Newport Beach, CA 92660
525 Market Street, Floor 32
San Francisco, CA 94105
Telephone: (949) 743-3413

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HEE KYUNG OUTZS,** <br><br> Plaintiff, <br><br> v. <br><br> **MERRICK BANK; CELTIC BANK CORPORATION; CONTINENTAL FINANCE COMPANY, LLC; ONEMAIN FINANCIAL GROUP, LLC; RESURGENT CAPITAL SERVICES L.P.; HAWAIIUSA FEDERAL CREDIT UNION; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND EQUIFAX INFORMATION SERVICES, LLC,** <br><br> Defendants. | **Case No.: 2:25-cv-09857-MWC (MARx)** <br><br> Assigned for all purposes to Honorable Michelle Williams Court <br><br> **FURTHER JOINT STATUS REPORT REGARDING INITIATION OF ARBITRATION; REQUEST TO TAKE HEARING OFF CALENDAR OR, IN THE ALTERNATIVE, TO PERMIT REMOTE APPEARANCE** <br><br> Status Conf./OSC Date: July 10, 2026 <br> Time: 1:30 p.m. <br> Courtroom: 6A |

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO. 2:25-CV-09857-MWC (MARX)                    *Outzs v. Merrick Bank, et al.*

Response Re: OSC

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Hee Kyung Outzs ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this further Joint Status Report regarding the initiation of arbitration as ordered by the Court. (Dkt. 81.)

## I. BACKGROUND

On October 15, 2025, Plaintiff filed the above-captioned action. (Dkt. 1.)

On February 20, 2026, the Court ordered Plaintiff's claims against Experian to binding arbitration and stayed those claims. (Dkt. 71.)

On May 28, 2026, the Parties filed a Joint Status Report detailing Plaintiff's initiation of arbitration, including Plaintiff's April 27, 2026 filing of her Arbitration Demand with the American Arbitration Association ("AAA"), service of the Demand on Experian's counsel, and payment of Plaintiff's consumer filing fee. (Dkt. 80.)

On June 3, 2026, upon review of the Parties' May 28, 2026 status report, the Court continued both the Status Conference and the Order to Show Cause re Dismissal to Friday, July 10, 2026, at 1:30 p.m. in Courtroom 6A, and ordered the Parties to file a joint report regarding the initiation of arbitration no later than Monday, July 6, 2026. (Dkt. 81.)

## II. STATUS OF ARBITRATION

As detailed in the Parties' May 28, 2026 Joint Status Report, Plaintiff initiated arbitration against Experian on April 27, 2026, by filing an Arbitration Demand and supporting filing package with AAA, which AAA acknowledged and assigned Case No. 01-26-0002-9722; Plaintiff served the Demand on Experian's counsel that same day; Plaintiff paid her $225 consumer filing fee; and AAA determined that its Consumer Arbitration Rules apply and requested Experian's business filing fee. (Dkt. 80.)

CASE NO. 2:25-CV-09857-MWC (MARX)        **1 OF 3**        *Outzs v. Merrick Bank, et al.*
**Response Re: OSC**

Since that report, the arbitration has progressed. On June 29, 2026, AAA confirmed that the matter has been assigned to the appropriate case management center for administration. A true and correct copy of AAA's June 29, 2026 correspondence is attached hereto as Exhibit 1.

On July 2, 2026, AAA issued its Initiation Letter, confirming that all filing requirements have been met—including Experian's payment of its share of the initial administrative fee—and assigning a case manager to administer the arbitration. A true and correct copy of AAA's July 2, 2026 Initiation Letter is attached hereto as Exhibit 2.

Pursuant to the Initiation Letter, Experian's answer to the claim is due within fourteen calendar days of the letter, and the next administrative step is the appointment of an arbitrator. (Exhibit 2.) The Parties will promptly update the Court once an arbitrator is appointed.

Separately, the Parties continue to pursue global mediation of the entire action before the Court-appointed panel mediator. The mediation remains scheduled for September 15, 2026. (Dkt. 80.)

## III.    REQUEST TO TAKE HEARING OFF CALENDAR OR, IN THE ALTERNATIVE, TO PERMIT REMOTE APPEARANCE

Because arbitration has been initiated and served, all of AAA's filing requirements have been satisfied, and the matter is now pending only AAA's appointment of an arbitrator, the Parties respectfully request that the Court take the July 10, 2026 Status Conference and Order to Show Cause re Dismissal off calendar.

In the alternative, the Parties respectfully request that the Court permit counsel to appear remotely (by video or telephonic means) at the July 10, 2026 hearing.

The Parties propose to file a further joint status report within 120 days of the date of this filing.

**LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420**

Dated:  July 6, 2026

**LOKER LAW, APC**
By: /s/ Andrei Armas
   Andrei Armas
   Attorneys for Plaintiff
   HEE KYUNG OUTZS

Dated:  July 6, 2026

**GOODWIN PROCTER LLP**
By: /s/ Cheryl L. O'Connor
   Cheryl L. O'Connor
   Attorneys for Defendant
   EXPERIAN INFORMATION
   SOLUTIONS, INC.

## SIGNATURE CERTIFICATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Andrei Armas, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  July 6, 2026

/s/ Andrei Armas, Esq._
ANDREI ARMAS, ESQ.

## CERTIFICATE OF SERVICE

A copy of the foregoing **FURTHER JOINT STATUS REPORT REGARDING INITIATION OF ARBITRATION; REQUEST TO TAKE HEARING OFF CALENDAR OR, IN THE ALTERNATIVE, TO PERMIT REMOTE APPEARANCE** has been filed on July 6, 2026, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

/s/ Andrei Armas, Esq.
ANDREI ARMAS, ESQ.

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

**CASE NO. CASE NO. 2:25-CV-09857-MWC (MARX)** *Outzs v. Merrick Bank, et al.*

**PROOF OF SERVICE**